1  SILVIO NARDONI (State Bar No. 048395)
   535 N. Brand Blvd., Suite 501
2  Glendale, California 91203
   Telephone: 818-550-1800
3  Facsimile: 818-550-1850

4  Attorney for Respondents and Counterpetitioners
   Amnon Kawa and Amva Holdings, LP
5

FILED
CLERK, U.S. DISTRICT COURT

JUL 12 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                     DEPUTY

Closed

6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                   **WESTERN DIVISION**

11

12  SHLOMO EPLBOIM,                    ) Case No. CV 10-6820 PSG FMOx
                                       )
13              Petitioner             ) The Honorable Philip S. Gutierrez
                                       )
14        vs.                          )
                                       ) [PROPOSED]
15  AMNON KAWA and                     ) **JUDGMENT**
    AMVA HOLDINGS, L.P.                )
16                                     )
             Respondents              )
17  _____        )
                                       )
18  AMNON KAWA and                     )
    AMVA HOLDINGS, L.P.                )
19                                     )
            Counterpetitioners        )
20                                     )
          vs.                          )
21                                     )
    SHLOMO S. EPLBOIM, an individual, and )
    EPLBOIM, POUTRE & CO., a California )
    corporation,                       )
                                       )
             Counterrespondents        )
                                       )
24

LODGED
CLERK, U.S. DISTRICT COURT
32/
JUN 28 2011
CENTRAL DISTRICT OF CALIFORNIA
BY

25

26      On May 18, 2011, having considered the evidence and argument submitted by each party

27  herein, and good cause appearing therefor, this Court DENIED Petitioner Shlomo Eplboim's

28  Motion to Vacate the Arbitration Award and, pursuant to 9 U.S.C. § 9, GRANTED

                              -1-

1  Counterpetitioners Amnon Kawa's and Amva Holdings, LP's Motion to Confirm the Arbitration

2  Award.

3       IT IS THEREFORE ORDERED and ADJUDGED that the award of the arbitrators dated

4  August 16, 2010 is confirmed. Pursuant to the arbitration award, judgment shall be entered in

5  favor of Amnon Kawa and Amva Holdings, LP and against Shlomo Eplboim in the amount of

6  $253,843.00, plus pre-judgment interest from the date of the arbitration award of August 16, 2010,

7  to the date of judgment, at the rate of ten percent per annum, in the amount of $19,038.22.

8       Respondents and Counterpetitioners Amnon Kawa and Amva Holdings, LP are entitled to

9  recover costs of suit incurred herein.

10

11  DATED: ___7/u/u___

12

13

                                       United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-